CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>REGENCY CENTERS, L.P., a Delaware Limited Partnership; REGENCY CENTERS CORPORATION, a Florida Corporation; HENRY RODGIN; and Does 1-10,<br><br>    Defendants. | **Case No.:** 4:21-CV-03910-JSW<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Regency Centers, L.P., a Delaware Limited Partnership, Regency Centers Corporation, a Florida Corporation and Henry Rodgin; have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 13, 2021                    CENTER FOR DISABILITY ACCESS

                                        By:    /s/Amanda Seabock
                                               Amanda Seabock
                                               Attorney for Plaintiff